**LAW OFFICES OF RONALD A. MARRON**
RONALD A. MARRON (SBN 175650)
*ron@consumersadvocates.com*
ALEXIS WOOD (SBN 270200)
*alexis@consumersadvocates.com*
KAS L. GALLUCCI (SBN 288709)
*kas@consumersadvocates.com*
651 Arroyo Drive
San Diego, CA 92103
Telephone: (619) 696-9006
Facsimile: (619) 564-6665

***Attorneys for Plaintiff and the Proposed Class***

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE, a minor, by and through Guardian ad Litem, LATASHA POPE, individually and on behalf of all others similarly situated and the general public, | Case No.: 3:21-cv-00114-WQH-AHG |
| Plaintiff, | CLASS ACTION |
| v. | **JOINT MOTION TO DISMISS WITHOUT PREJUDICE PURSUANT TO RULE 41(a)(1)(A)(ii)** |
| RADY CHILDREN'S HOSPITAL-SAN DIEGO, a California Corporation, and RADY CHILDREN'S HOSPITAL FOUNDATION – SAN DIEGO | |
| Defendants. | |

- 1 -

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Latasha Pope and Defendants Rady Children's Hospital-San Diego and Rady Children's Hospital Foundation-San Diego, by and through their undersigned attorneys, hereby stipulate and agree to the dismissal of this action without prejudice as to Plaintiff Pope's individual claims and without prejudice as to the claims of the putative, uncertified classes alleged by Plaintiff. Each party shall bear its own attorneys' fees and costs.

Respectfully submitted,

**LAW OFFICES OF RONALD A. MARRON**

Date: July 30, 2021

By: */s/ Alexis M. Wood*

RONALD A. MARRON
KAS L. GALLUCCI
ALEXIS WOOD
651 Arroyo Drive
San Diego, California 92103
Telephone: (619) 696-9006
Facsimile: (619) 564-6665

Attorneys for Plaintiff and the Putative Class

Date: July 30, 2021

By: */s/ Jon P. Kardassakis*
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
JON P. KARDASSAKIS, SB# 90602
E-Mail: Jon.Kardassakis@lewisbrisbois.com
633 W. 5th Street, Suite 4000
Los Angeles, CA 90071
Telephone: (213) 680-5040
Facsimile: (213) 250-7900
WHITNEY J. BETTS, SB# 272584
E-Mail: Whitney.Betts@lewisbrisbois.com

- 2 -

*Doe v. Rady Children's Hospital et al,*  Case No.: 3:21-cv-00114-WQH-AHG
Joint Motion to Dismiss Without Prejudice Pursuant to Rule 41(a)(1)(A)(ii)

550 West C Street, Suite 1700
San Diego, California 92101
Telephone: (619) 233-1006
Facsimile: (619) 233-8627
Attorneys for Defendants RADY CHILDREN'S
HOSPITAL - SAN DIEGO and RADY
CHILDREN'S HOSPITAL FOUNDATION-SAN
DIEGO

## <u>CERTIFICATION OF APPROVAL OF CONTENT</u>

I, Alexis M. Wood, counsel for Plaintiff in the above-captioned matter, hereby certify that the required parties have approved and accepted the content of the Joint Motion of Dismissal Without Prejudice, and that I have obtained authorization from Jon Kardassakis, counsel for Defendant, to use his electronic signature on the Joint Dismissal.

Dated: July 30, 2021                    *s/Alexis M. Wood*

- 3 -