# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE, a minor, by and through Guardian ad Litem, LATASHA POPE, individually and on behalf of all others similarly situated and the general public,<br><br>       Plaintiff,<br><br>v.<br><br>RADY CHILDREN'S HOSPITAL-SAN DIEGO, a California Corporation; and RADY CHILDREN'S HOSPITAL FOUNDATION-SAN DIEGO,<br><br>       Defendants. | Case No.: 3:21-cv-00114-WQH-AHG<br><br>**ORDER** |

HAYES, Judge:

  IT IS HEREBY ORDERED that the Joint Motion to Dismiss (ECF No. 28) is GRANTED.  This action is dismissed without prejudice as to Plaintiff Pope's individual claims and without prejudice as to the claims of the putative, uncertified classes alleged by Plaintiff.  Each party shall bear its own attorneys' fees and costs.

1    IT IS FURTHER ORDERED that the Motion to Dismiss filed by Defendants Rady Children's Hospital-San Diego and Rady Children's Hospital Foundation-San Diego (ECF No. 23) is DENIED as moot.

Dated: August 2, 2021

*William Q. Hayes*
Hon. William Q. Hayes
United States District Court