UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: BLACKBAUD, INC., CUSTOMER DATA
SECURITY BREACH LITIGATION

| | | |
|---|---|---|
| Doe v. Rady Childrens Hospital-San Diego, | ) | |
| S.D. California, C.A. No. 3:21-00114 | ) | MDL No. 2972 |

ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Doe*) on June 3, 2021. Prior to expiration of that order's 7-day stay of transmittal, plaintiff and defendants in *Doe* filed a notice of opposition to the proposed transfer. The parties later filed a motion and brief to vacate the conditional transfer order. The Panel has been advised that, pursuant to a Joint Motion to Dismiss, *Doe* was dismissed, without prejudice, by the Honorable William Q. Hayes in an order filed on August 2, 2021.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-5" filed on June 3, 2021, is VACATED insofar as it relates to this action.

FOR THE PANEL:

John W. Nichols
Clerk of the Panel